BATTERSBY LAW GROUP, LLC
Gregory J. Battersby (GB 2327)
Battersby Law Group, LLC
25 Poplar Plain Rd.
Westport, CT 06880-1027
Phone: (203) 454-9646
Fax:    (866) 579-9591
gjbattersby@gbiplaw.com

FERDINAND IP, LLC
Edmund J. Ferdinand, III (EF 9885)
Alexander R. Malbin (AM 9385)
125 Park Avenue, Suite 2508
New York, NY 10017
Phone: (212) 220-0523
Fax:    (212) 905-6747
jferdinand@24iplg.com
amalbin@24iplg.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NARRATIVE ARK ENTERTAINMENT, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>ARCHIE COMIC PUBLICATIONS, INC. and<br>SEGA OF AMERICA, INC.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 7:16-cv-06109-VB<br><br>**NOTICE OF MOTION TO DISMISS** |

　　　　PLEASE TAKE NOTICE that, upon the pleadings on file with the Court and the accompanying Memorandum of Law in Support, Defendant, Archie Comic Publications, Inc. ("ACP"), will move the Court before the Honorable Vincent L. Briccetti, at the United States Courthouse, 300 Quarropas Street, Room 630, White Plains, New York 10601, on a date and time to be determined by the Court, for an order, pursuant to Rule

12(b)(6) of the Federal Rules of Civil Procedure, dismissing Counts III-VI[1] of Plaintiff's Complaint on the ground that each claim fails as a matter of law, and for such other and further relief as the Court deems just and proper.

Dated: New York, New York
October 13, 2016

                Respectfully submitted,

                __s/ Edmund J. Ferdinand, III_____
                Edmund J. Ferdinand, III (EF9885)
                Alexander Malbin (AM9385)
                Ferdinand IP, LLC
                125 Park Avenue
                25th Floor, Suite 2508
                New York, NY 10017
                Phone: (212) 220-0523
                Fax:   (212) 905-6747
                jferdinand@24iplg.com
                amalbin@24iplg.com

                *Counsel for Defendant,*
                *Archie Comic Publications, Inc.*

---

[1] Plaintiff has mis-numbered the Counts in the Complaint. Plaintiff has erroneously labeled two different Counts as "Count II." The motion is directed to the Third, Fourth, Fifth and Sixth Counts as asserted in the Complaint as if they had been numbered correctly.

3

**CERTIFICATE OF ELECTRONIC FILING**

     I hereby certify that on October 13, 2016, the foregoing NOTICE OF MOTION was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                                      s/ Alexander Malbin