# LAW OFFICES OF NEIL A. BURSTEIN

**Westchester Office**
63 Winterberry Circle
Cross River, New York 10518

Attorney and Counsel at Law

Neil A. Burstein
www.neilburstein.com
email: nabesq1@gmail.com
phone: 914-977-3467

October 24, 2016

The Honorable Vincent L. Briccetti
United States Judge
United States District Court
300 Quarropas Street, Room 630
White Plains, NY 10601

      **Re: Narrative Ark Entertainment LLC v. Archie Comic Publications, Inc., et. al.
         Index No. 7:16-cv-06109-VB**

Dear Judge Briccetti:

    This letter is in response to your Honor's Order, entered on the ECF system on October 14, 2016, setting forth the time periods for notifying the Court if plaintiff intends to file an amended complaint in response to defendant Archie Comic Publications, Inc. partial motion to dismiss.

    Please be advised that plaintiff intends to file an amended complaint in the above action. It is my understanding from the wording of the Order, and from speaking with your Honor's law clerk, that the October 27, 2016 date to respond to defendant's partial motion to dismiss will be reset accordingly.

                                                 Respectfully submitted,

                                                 Neil A. Burstein

cc: All counsel of Record