

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041
TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

November 21, 2016

ARMEN NERCESSIAN

EMAIL ANERCESSIAN@FENWICK.COM
Direct Dial (650) 335-7281

The Honorable Vincent L. Briccetti
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 630
White Plains, NY 10601

Re: *Narrative Ark Entertainment LLC v. Archie Comic Publications, Inc., et al.*
Case No. 7:16-cv-06109-VB

Dear Judge Briccetti:

Pursuant to Section 2(F) of the Court's Individual Rules of Practice, Defendant Sega of America, Inc. ("Sega") respectfully requests that this Court schedule oral argument on Sega's pending motion to dismiss Plaintiff Narrative Ark Entertainment LLC's ("Narrative Ark") amended complaint, Dkt. No. 38, with respect to Sega for lack of personal jurisdiction.

Sega believes that oral argument will assist the Court in ruling on Sega's motion. Moreover, it should help clarify the basis of Narrative Ark's claims with respect to Sega, to the extent that the Court deems oral argument on that point necessary and relevant.

Accordingly, Sega moves this Court for an order scheduling oral argument on Sega's pending motion to dismiss.

Sincerely,

FENWICK & WEST LLP

  */s/ Armen Nercessian*
Armen Nercessian

cc: All counsel of record via ECF