

SONIC THE HEDGEHOG (ISSN:10705090) No. 38, Sept., 1996. Published monthly by Archie Comic Publications, Inc., 325 Fayette Avenue, Mamaroneck, NY 10543. Richard H. Goldwater, President and Co-Publisher, Michael I. Silberkleit, Chairman and Co-Publisher. Single copies $1.50 in the U.S., $1.65 in Canada. Subscription rate U.S. $18.00 for 12 issues, $19.80 in Canada. SEGA and GENESIS are registered with the U.S. patent and trademark office. Sonic The Hedgehog and all related characters and indicia are trademarks of SEGA. © 1996 SEGA. All rights reserved. Used with permission. Any similarities between characters, names, persons, and/or institutions in this book and any living, dead, or fictional characters, names, persons, and/or institutions are not intended and if they exist, are purely coincidental. Second class postage paid at the post office at Mamaroneck, New York and at additional mailing offices. Title registered in U.S. patent office. POSTMASTER, send address changes to SONIC THE HEDGEHOG, c/o Archie Comic Publications, Inc., 325 Fayette Avenue, Mamaroneck, NY 10543. Printed in Canada.



# SONIC 50
## DIRECTOR'S CUT

by **Ken Penders**

with

Karl Bollers, Michael Gallagher, Kent Taylor, Steven Butler, Patrick Spaziante, Manny Galan, Nelson Ortega, Sam Maxwell, Dave Manak, Art Mawhinney, Harvey Mercadoocasio, Pam Eklund, Andrew Pepoy, Jim Amash, Rich Koslowski, Brian Thomas, Jeff Powell and Vickie Williams.

Editor: Justin Gabrie

Managing Editor: Victor Gorelick
Editor-In-Chief: Richard Goldwater

More often than not, once a story is told, all that remains is the finished "accepted" version-- the bad as well as the good exposed for all to see. Very rarely does the creator have the opportunity to revisit the creation and tinker with it until the finished account is the version it was always meant to be.

**ENDGAME** was a story about the ultimate battle between the forces of good — in this case, **Sonic The Hedgehog** and his fellow **Freedom Fighters** — against the forces of evil, represented by **Doctor Ivo Robotnik**, in which case the final outcome would determine the future of **Mobotroplis**, to say nothing of **Mobius**.

Here now for your enjoyment is the final act, showcasing Sonic's finest hour...

SONIC SUPER SPECIAL ("DIRECTOR'S CUT"), No. 6, 1998. Published quarterly by Archie Comic Publications, Inc., 325 Fayette Avenue, Mamaroneck, NY 10543-2318. Richard H. Goldwater, President and Co-Publisher, Michael I. Silberkleit, Chairman and Co-Publisher. Single copies $2.25 in the U.S.; $2.50 in Canada. SEGA is registered with the U.S. Patent and Trademark Office. Sonic The Hedgehog and all related characters and indicia are trademarks of Sega. © 1998 Sega. All rights reserved. Used with permission. Any similarities between characters, names, persons, and/or institutions in this book and any living, dead, or fictional characters, names, persons, and/or institutions are not intended and if they exist, are purely coincidental. Title registered in U.S. patent office. POSTMASTER, send address changes to SONIC SUPER SPECIAL, c/o Archie Comic Publications, Inc., 325 Fayette Avenue, Mamaroneck, NY 10543-2318. Printed in Canada