UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NARRATIVE ARK ENTERTAINMENT, LLC,

                Plaintiff(s),

Civil Action No. 7:16-cv-06109-VB

  -against-

ARCHIE COMIC PUBLICATIONS, INC.; ET AL.,

**AFFIDAVIT OF SERVICE**

                Defendant(s).
-------------------------------------------------------------X
AND A THIRD-PARTY DEFENDANT
-------------------------------------------------------------X

STATE OF NEW YORK  )
                            s.s :
COUNTY OF NEW YORK  )

      MICHAEL KEATING, being duly sworn, deposes and says that he is an employee of KEATING & WALKER ATTORNEY SERVICE, INC., at 116 Nassau Street, Suite 816, New York, New York 10038, is over the age of eighteen years and is not a party to the action.

      That on the 18th day of January, 2017, at approximately 6:17 p.m., deponent served a true copy of the **Summons on a Third-Party Complaint (endorsed with the index number and date of filing); Amended Answer, Affirmative Defenses, Counterclaim and Third-Party Complaint; Amended Complaint with Jury Demand (exhibits A-F attached); Rule 7.1 Statement; Individual Practices of Judge Vincent L. Bricetti; Electronic Case Filing Rules & Instructions (dated June 8, 2015)** upon Scott D. Fulop at 1 Top of the Ridge, Mamaroneck, New York 10543 by personally delivering and leaving the same with Scott D. Fulop at that address. At the time of service deponent asked whether the defendant is in active military service for the United States or for the State in any capacity whatsoever or dependent upon such person and was told that he did not think he needed to answer this question.

      Scott D. Fulop is a white male, approximately 55-60 years of age, is approximately 6 feet and 1-2 inches tall, weighs approximately 190 pounds, has long black and gray hair (worn in a ponytail), a moustache, blues eyes and was wearing glasses.

                                                MICHAEL KEATING #848345

Sworn to before me this
19th day of January, 2017

**NOTARY PUBLIC, STATE OF NEW YORK**
**STEVEN MITCHELL**
Reg. No. 01-MI-6326046
Qualified in New York County
Commission expires June 08, 2019