IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

_____X

NARRATIVE ARK ENTERTAINMENT LLC,

           Case No.: CV 16-6109-VB

    Plaintiff,

v.           **NOTICE OF THIRD PARTY DEFENDANT SCOTT D. FULOP'S MOTION TO DISMISS THE AMENDED THIRD PARTY COMPLAINT OF ARCHIE COMIC PUBLICATIONS, INC.**

ARCHIE COMIC PUBLICATIONS, INC.

and SEGA OF AMERICA, INC.

    Defendants

_____X

ARCHIE COMIC PUBLICATIONS, INC.,           **Electronically Filed**

-against-

NARRATIVE ARK ENTERTAINMENT LLC,

    Counterclaim Defendant

SCOTT D. FULOP,

    Third Party Defendant

_____ X

    PLEASE TAKE NOTICE THAT, upon the pleadings on file with the Court and the accompanying Memorandum of Law in Support, Third Party Defendant Scott D. Fulop, will and

hereby does move the Court before the Honorable Vincent L. Bricetti, at the United States Courthouse, 300 Quarropas Street, Room 630, White Plains, New York, 10601, on a date and time to be determined by the Court, for an order dismissing The Amended Third Party Complaint of Archie Comic Publications, Inc. against Scott D. Fulop pursuant to Rule 14 (a) (1) of the Federal Rules of Civil Procedure and Federal Rules of Civil Procedure Rule 12 (b) (4), (6) and (7).

Fulop bases his motion on this Notice of Motion, the accompanying Declarations and Memorandum in Support of this Motion, all other pleadings and papers on file in this action, any matters which this Court may take judicial notice, and such other evidence and argument as may be presented at or before the hearing on this matter.

Dated: March 16, 2017

Respectfully submitted,

Law Offices of Neil Burstein

By:_____

Neil A. Burstein, Esq.
Law Offices of Neil Burstein
63 Winterberry Circle
Cross River, NY 10518
914 977 3467

Counsel for Plaintiff

March 15, 2017

2

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on March 16, 2017, the foregoing Notice of Motion to Dismiss was filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing via the Court's system.

_____s/Neil Burstein_____

Neil Burstein

c:\ACP_Litigation_Pleadings_Narrative_mem_resonse_ACP_motion_dismiss_Amended_ThridPartyComplaint