```
--------------------------------------------------------x
NARRATIVE ARK ENTERTAINMNET LLC,          :
                    Plaintiff,            :
                                          :
v.                                        :
                                          :
ARCHIE COMIC PUBLICATIONS, INC. and       :
SEGA OF AMERICA, INC.,                     :
                    Defendants.           :
--------------------------------------------------------x
ARCHIE COMIC PUBLICATIONS, INC.,          :
                    Counterclaim Plaintiff :
and                                       :
                    Third-Party Plaintiff, :
                                          :
v.                                        :
                                          :
NARRATIVE ARK ENTERTAINMNET LLC,          :
                    Counterclaim          :
                    Defendant,            :
                                          :
SCOTT D. FULOP,                           :
                    Third-Party           :
                    Defendant.            :
--------------------------------------------------------x
```

**ORDER OF REFERENCE TO A MAGISTRATE JUDGE**

16 CV 6109 (VB)(LMS)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/22/18

The above entitled action is referred to the Honorable Lisa M. Smith, United States Magistrate

Judge, for purpose of:

____ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

____ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

____ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

__X__ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) *
**As set forth in Docs. ## 99, 101.**

____ JURY SELECTION

____ HABEAS CORPUS

____ INQUEST AFTER DEFAULT / DAMAGES HEARING

____ SOCIAL SECURITY

____ SETTLEMENT

____ OTHER

Dated: February 22, 2018
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

* Do not check if already referred for General Pre-Trial.